## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

SHANE D.,

                                                    Case No. 23-CV-2977 (NEB/DJF)

          Plaintiff,

v.                                                  **ORDER ON REPORT
                                                    AND RECOMMENDATION**

CAROLYN W. COLVIN,
*Acting Commissioner of Social Security,*

          Defendant.

---

The Court has received the December 9, 2024, Report and Recommendation of United States Magistrate Judge Dulce J. Foster.  (ECF No. 21.)  No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 21) is ACCEPTED;

2.      Plaintiff Shane D.'s Request for Relief (ECF No. 19) is DENIED; and

3.      The Acting Commissioner's Request for Relief (ECF No. 20) is GRANTED.

4.      The action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  January 12, 2025                    BY THE COURT:

                                            s/Nancy E. Brasel
                                            Nancy E. Brasel
                                            United States District Judge